**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

Patrick Ryan, Veronica Ryan, Joseph
Ryan and Kaitlyn Wist individually
and as next friend for E.W, A.L.W,
and A.P.R.,

       Plaintiffs,

Vs.                                          2024-

Hunan Max New Energy Co., Ltd,
Exxact Parts Solutions, Inc.,
And Amazon.com Inc.

       Defendants.

_____/
Alyson Oliver (P55020)
OLIVER BELL GROUP
Attorney for Plaintiffs
50 W. Big Beaver Rd.
Troy, MI 48084
(248) 327-6556
notifications@oliverlawgroup.com
_____/

**<u>COMPLAINT AND JURY DEMAND</u>**

**There is no pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.**

      NOW COMES PLAINTIFFS, Patrick and Veronica Ryan, and Joseph Ryan

and Kaitlyn Wist, both individually and as next friend for minors E.W., A.L.W., and

1

A.P.W., by and through their counsel, the OLIVER BELL GROUP, and in support of their Complaint state as follows:

<u>Introduction</u>

This case arises from an incident where the Defendant's faulty product caused severe injury to Plaintiffs.

<u>Parties</u>

1. At all relevant times, Patrick Ryan (hereinafter "Mr. Ryan") was a resident of the City of Livonia, County of Wayne, State of Michigan.

2. At all relevant times, Veronica Ryan (hereinafter "Ms. Ryan") was a resident of the City of Livonia, County of Wayne, State of Michigan.

3. At all relevant times, Joseph Ryan (hereinafter "Joseph") was a resident of the City of Livonia, County of Wayne, State of Michigan.

4. At all relevant times, Kaitlyn Wist (hereinafter "Ms. Wist") was a resident of the City of Livonia, County of Wayne, State of Michigan.

5. Kaitlyn Wist is the most and legal guardian of the minor Plaintiffs referred to herein as E.W., A.L.W., and A.P.R., who, were at all times relevant hereto, individual minor residents of the City of Livonia, County of Wayne, State of Michigan.

2

6. Defendant, Hunan Max New Energy Co., Ltd, is upon information and belief, an entity based at No. 18 Mingcheng Road, Shijing Community, Shijing Street, Pingshan, District, Shenzhen City, Guangdong Province.

7. Defendant, Exxact Parts Solutions, Inc., is upon information and belief, a defunct entity with its last known principal, mailing and agent address located at 2141 Bent Creek Dr., San Ramon, California 94582.

8. Defendant, Amazon.com Inc., is a corporate entity with its corporate headquarters located at 251 Little Falls Drive, City of Wilmington, County of New Castle, Delaware 19808.

## Jurisdiction/Venue

9. Subject Matter Jurisdiction. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because (1) the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs and (2) the parties are citizens of different states.

10. Personal Jurisdiction. The Court has personal jurisdiction over Hunan Max New Energy Co., Ltd, Exxact Parts Solutions, Inc. and Amazon.com Inc., (Hereinafter collectively referred to as the "Defendants.") because they regularly conduct business in Michigan and because the Defendants have falsely advertised the product to consumers who reside in Michigan, including consumers in who reside in the Eastern District of Michigan. Defendants have

marketed products in the state of Michigan, including the Eastern District of Michigan. In addition, Defendants committed tortious acts in Michigan including the Eastern District of Michigan, and Plaintiff's claims arise out of such acts, and or/because Defendants otherwise made or established contacts in Michigan, including the Eastern District of Michigan, sufficient to permit the exercise of personal jurisdiction.

11. Venue. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(d) and (c), and 18 U.S.C. § 1965, because Defendants are subject to personal jurisdiction in this judicial district and because a substantial part of the events giving rise to the claims in this action occurred in this judicial district. Specifically, Exxact Parts Solutions, Inc. and Amazon.com Inc., have a substantial online advertisement presence in the state to promote their products which reach millions of consumers who reside in the United States, including the Eastern District of Michigan.

### Facts

12. Plaintiffs incorporate the preceding paragraphs as if fully restated herein.

13. Defendant, Hunan Max New Energy Co., Ltd is the manufacturer of the 18V DC Drill Lithium Ion Battery (Hereinafter: "the Battery"), which was sold by Exxact Parts Solutions, Inc. through the Amazon storefront owned by Amazon.com Inc.

14. Defendant Exxact Parts Solutions, Inc. was at all times relevant the distributor and primary seller of the Battery for markets in the United States of America.

15. Amazon.com Inc., was at all times relevant the marketer and a seller of the Battery for markets in the United States of America.

16. On November 21, 2021 Plaintiff Patrick Ryan, hereinafter "Mr. Ryan" was at his home located at 15994 Blue Skies Livonia, MI, along with the other Plaintiffs.

17. Mr. Ryan had previously purchased the battery from Exxact Parts Solutions, Inc. via the Amazon.com Inc storefront.

18. Around 5:00 PM that date, Mr. Ryan plugged his newly purchased lithium battery replacement for his Ryobi 18V DC Drill into a socket in his kitchen.

19. Approximately 18 minutes later the battery exploded.

20. The first floor of the home was filled with thick smoke and shrapnel from the device that sprayed in all directions causing the furniture and drapes to catch fire.

21. Mr. Ryan unplugged the device and dragged it to the laundry room where it continued to burn.

22. Attempts to extinguish the device were unsuccessful and 911 was called as the fire spread.

23. The house, was evacuated of all inhabitants, including all Plaintiffs listed herein.

24. Veronica Ryan experienced cardiac arrest soon after leaving the house from the stress of these events, and was transported from the driveway of the residence where she had collapsed to St. Mary's Mercy Hospital in Livonia.

25. The fire investigation report records that "All residents sustained smoke and hazardous gas inhalation prior to evacuating the home."

26. On May 9, 2023, Mr. Ryan was diagnosed with diffuse large B-cell lymphoma.

27. As a result of this incident, Plaintiffs have incurred loss of property, short and long term damage to health, and suffered a highly traumatic experience.

<u>Count I – Product Liability - Negligent Design, Manufacture<br>& Failure to Warn</u>

28. Plaintiffs incorporate the preceding paragraphs as if fully restated herein.

29. At all relevant times Defendants, Hunan Max New Energy Co., Ltd, Exxact Parts Solutions, Inc., and Amazon.com Inc.[1], were the designers, manufacturers, testers, advertisers, promoters, and sellers of the Lithium-Ion battery as described above when purchased and used by Mr. Ryan.

30. At all times, Mr. Ryan used the battery consistent with the instructions on use and did not alter or misuse it.

---

[1] Without discovery Plaintiffs cannot with certainty parse out the relationship between the Defendants and limit the allegations to any defendant based on their roles. Plaintiffs anticipate being able to do so and file an amended complaint when the requisite discovery occurs that will allow for same.

31. When the product left the control of the Defendants, a technically feasible alternative production practice, namely producing the product so that it operated as advertised would have prevented the harm without significantly impairing the usefulness or desirability of the product to users and without creating equal or greater risk of harm to others.

32. Defendants had a duty to Plaintiffs to:

    a. properly design and manufacture the battery so that the product functioned as promised in the manual; without bursting into flame;

    b. purchase its products from reputable manufacturers;

    c. test the battery;

    d. ensure that the battery was free from design and manufacturing defects prior to marketing the battery;

    e. issue adequate warnings in the manual that the battery might explode and burst into flame;

    f. issue general warnings regarding product defects;

    g. not engage of other acts of negligence that will be discovered through the course of this litigation.

33. Defendants breached their duties by committing or omitting the following:

a. Failing to properly design and manufacture the battery so that the product functioned as promised in the manual; without bursting into flame;

b. Failing to purchase its products from reputable manufacturers;

c. Failing to properly test the battery;

d. Failing to ensure that the battery was free from design and manufacturing defects prior to marketing the battery;

e. Failing to issue adequate warnings in the manual that the battery might explode and burst into flame;

f. Failing to issue general warnings regarding product defects;

g. Other acts of negligence that will be discovered through the course of this litigation.

34. The product was not reasonably safe when it left the control of Defendants.

35. These breaches of duty proximately caused Plaintiff's injuries more fully set forth below.

### Count II – Beach of Implied Warranty

36. Plaintiffs incorporate the preceding paragraphs as if fully restated herein.

37. Defendants Hunan Max New Energy Co., Ltd, Exxact Parts Solutions, Inc., and Amazon.com Inc., placed the battery in the stream of commerce with the intent and knowledge that it would reach consumers such as Plaintiffs.

38. Defendants marketed its product as safe so long as the user adhered to the precautions and instructions provided by Defendants.

39. The battery was not safe for the average consumer and posed an unreasonable risk of causing injury when used in its intended manner.

40. The battery was not reasonably fit for the uses or purposes anticipated or reasonably foreseen by Defendants when it left Defendants respective control.

41. As a proximate result of the breach of implied warranty by Defendant Manufacturer, Plaintiffs were injured as more fully set forth below.

Count III – Violation of the Michigan Consumer Protection Act

42. Plaintiffs incorporate the preceding paragraphs as if fully restated herein.

43. Contained on their Amazon webpage advertising the Battery, attached here as **Exhibit A**, Defendants advertise the product with the following language:

   a. [Compatible with] Replacement batteries for RYOBI BPL-1815 BPL-1820G BPL18151 BPL1820 P102 P103 P104 P107 P108 RB18 RB18L13 RB18L15 RB18L25 RB18L40 Lithium 18-Volt Cordless Tools battery.

   b. "[Safe and Stable] Safe guard features against incorrect voltage battery overload short circuit internal overheating."

   c. "[Quality Certification] Products are CE/FCC/ROHS certified tested and validated by manufacturer to match or exceed

9

specifications for OEM RYOBI BID-1801M BID-180L BID1821 BIW180 BIW180M CAD-180L Battery products."

44. Defendants Hunan Max New Energy Co., Ltd, Exxact Parts Solutions, Inc., and Amazon.com Inc., were engaged in "trade or commerce" within he meaning of MCL 445.902(1)(g) of the Michigan Consumer Protection Act (MCPA).

45. Defendants Hunan Max New Energy Co., Ltd, Exxact Parts Solutions, Inc., and Amazon.com Inc., by representing that the product was, compatible with certain Ryobi brand drills, safe and stable, certified, tested and validated by the manufacturer, violated MCL 445.903(1)(b), (e), (s).

46. Pursuant to MCL 339.601(8), Plaintiffs request a monetary judgment for restitution of all injuries, together with interest, costs, and reasonable attorney fees.

<div align="center">Damages</div>

47. Due to Defendant's unlawful conduct as set forth herein, Plaintiffs have been damaged as follows:

a. Economic damages

b. Non-economic damages

c. Attorney fees, cost of suit and interest;

d. Such other and further relief as this Court deems just and proper.

<div align="center">10</div>

JURY DEMAND

Plaintiff demands a jury trial.

Respectfully submitted;

Date: November 21, 2024

*/s/Alyson Oliver*
Oliver Bell Group
50 W. Big Beaver Road, Suite 200
Troy, MI 48084
Phone: (248) 327-6556
Fax: (248) 436-3385
notifications@oliverlawgroup.com

# Exhibit A

Case 2:24-cv-13101-LJM-KGA   ECF No. 1, PageID.13   Filed 11/21/24   Page 13 of 21

Delivering to Troy 48084
Update location

Electronics ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

**Electronics**    New Arrivals   Deals   Cell Phones   Computers   TV & Video   Headphones   Office Electronics   Camera & Photo   Wearable Technology   Audio & Home Theater   Musical Instruments   Video Gar

Sponsored

Tools & Home Improvement › Power & Hand Tools › Power Tool Parts & Accessories › Battery Packs & Chargers › Battery Packs

# 18V 5.0Ah Lithium Replacement Battery for RYOBI one+ P104 P107 P103 18150 BPL1820 BPL1820g 18l40 18125 BPL18151 18120 18 P102 P105 P108 18L30 Power Tools Battery

Visit the EXXACT PARTS Store

3.4    38 ratings   |   Search this page

## Currently unavailable.
We don't know when or if this item will be back in stock.

| Brand | EXXACT PARTS |
| --- | --- |
| Battery Cell Composition | Lithium Ion |
| Recommended Uses For Product | Power Tool |
| Unit Count | 1 Count |
| Voltage | 18 Volts |

### About this item
- 【Compatible with】Replacement batteries for RYOBI BPL-1815 BPL-1820G BPL18151 BPL1820 P102 P103 P104 P107 P108 RB18 RB18L13 RB18L15 RB18L25 RB18L40 Lithium 18-Volt Cordless Tools battery.
- 【Battery Capacity】Battery Type Li-ion |Voltage: 18V |High Capacity 5000mAh .
- 【Safe & Stable】Safe guard features against incorrect voltage battery overload short circuit internal overheating. Easy to install and remove. No memory effect charging at any time will have no effect on the battery.
- 【Quality Certification】Products are CE/FCC/ROHS certified tested and validated by manufacturer to match or exceed specifications for OEM RYOBI BID-1801M BID-180L BID1821 BIW180 BIW180M CAD-180L Battery products.
- 【Service guarantee】Please feel free to contact us if you have any concern about this item. We will try our best to promise you an enjoyable shopping experience. Welcome to share your feelings with us!

› See more product details

Report an issue with this product or seller



Roll over image to zoom in

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Delivering to Troy 48084 - Update location

Add to List

Sponsored

11/21/24, 10:07 AM
Amazon.com: LiBonA 2 Pack 6.0Ah 3.0A Li-Lithium Replacement Battery for RYOBI 18V P104 P107 P103 P105 P108 P109 P122 BPL3626 P142 18125 BPL18151 18120 18 P102 P10…

Case 2:24-cv-13101-LJM-KGA    ECF No. 1, PageID.14    Filed 11/21/24    Page 14 of 21



<div align="center">

Shop now

</div>

Sponsored

## Similar items that may deliver to you quickly

Page 1 of 3

      

| KUNLUN 18V 6.0Ah P108 Battery Replacement for Ryobi 18V Battery, Suitable for Ryobi 18V… | FEOTDN 4 Pack 6.0Ah 18V Battery Compatible with Ryobi 18 Volt Battery ONE+ Plus P102 P103 P104 P105 P108… | QINIZX Battery Adapter for Makita 18V Lithium Battery to Ryobi 18V One+ Lithium-Ion Cordless Tool, Convert… | 2 Pack 6.0Ah 18V Battery Replace for Ryobi 18V Lithium Battery, Compatible for Ryobi One 18V P108 P102… | FEOTDN 【Upgraded 2 Pack 18V 6.0Ah Replacement for Ryobi 18volt Battery Li-ion Replace Compatible wit… | Amsbat 2-Pack 3.0Ah 18V Lithium Ion P102 Battery Replacement for Ryobi 18V Battery… | Lasica 2Pack Compatible with Porter Cable 3.0Ah 20V Battery, Replacement for Porter.. |
|---|---|---|---|---|---|---|
| 46 | 1 | 247 | 60 | 13 | 184 | 191 |
| -17% $49⁵⁹ | -9% $99⁹⁹ ($25.00/Item) | -5% $15⁸⁹ | $59⁹⁹ | $48⁹⁹ ($24.50/Count) | -20% $33¹⁴ | Black Friday Deal |
| ($24.80/Count) | List: $109.99 | List: $16.69 | | | $41.24 | $31.43 ($15.72/Count) |
| Black Friday Deal | Get it as soon as **Tuesday, Nov 26** | Get it as soon as **Tuesday, Nov 26** | Get it as soon as **Tuesday, Nov 26** | Get it as soon as **Tuesday, Nov 26** | Black Friday Deal | $36.99 |
| $59.99 | FREE Shipping by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | Get it as soon as **Tuesday, Nov 26** | Get it as soon as **Tuesday, Nov 26** |
| Get it as soon as **Tuesday, Nov 26** | | | | | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |
| FREE Shipping by Amazon | | | | | | |

## Looking for specific info?

Search in reviews, Q&A…

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

Collapse All    Expand All

**Item details**  ⌄

**User guide**  ⌄

11/21/24, 10:07 AM          Amazon.com: EXXACT PARTS 18V 5.0Ah Lithium Replacement Battery for RYOBI one+ P104 P107 P108 BPL3626 P122 P108 18120 18125 BPL18151 18120 18 P102 P10…

Case 2:24-cv-13101-LJM-KGA   ECF No. 1, PageID.15   Filed 11/21/24   Page 15 of 21

| Manufacturer | HuNan MAX New Energy Co.,Ltd |
| --- | --- |
| Customer Reviews | 3.4          **38 ratings**<br>3.4 out of 5 stars |
| ASIN | B08NX4CQ4F |
| Model Name | p108 |
| Brand Name | EXXACT PARTS |

| Recommended Uses For Product | Power Tool |
| --- | --- |

### Features & Specs ︿

| Reusability | Rechargeable |
| --- | --- |
| Amperage | 5 Amps |
| Voltage | 18 Volts |

### Measurements ︿

| Unit Count | 1 Count |
| --- | --- |

### Additional details ︿

| Battery Cell Type | Lithium Ion |
| --- | --- |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Feedback**

Would you like to **tell us about a lower price?**

**Product Description**

**Specifications:**
100% new and high quality cells
Voltage: 18V
Capacity:5.0Ah
Battery Type: Lithium-ion
Condition: New Replacement

**Replacement Part :**
For RYOBI BPL-1815 BPL-1820G BPL18151 BPL1820 P102 P103 P104 P107 P108 RB18 RB18L13 RB18L15 RB18L25 RB18L40 Battery

**Compatible with:**
RYOBI BID-1801M BID-180L BID1821 BIW180 BIW180M
CAG-180M CAP-1801M CCC-1801M
CCC-180L CCD-1801 CCG-1801M
CCG-180L CCS-1801/DM CCS-1801/LM
CCS-1801D CCS-1801LM CCW-180L
CDA-18021B CDA1802 CDA18021B
CDA18022B CDA1802M CDC-181M
CDI-1802 CDI-1802M CDI-1803
CDI-1803M CDL1802P4 CDR180M
CFA-180M CFP-180FM CFP-180S
CFP-180SM CHD-1801M CHI-1802M
CHP-1802M CHV-180L CHV-18WDM
CID-1802M CID-1803L CID-1803M
CID-182L CID-183L CJS-180L
CJS-180LM CJSP-1801QEOM CJSP-180QEO
CJSP-180QEOM CMD-1802 CMD-1802M
CMI-1802 CMI-1802M CML-180M
CNS-1801M CNS-180L CP-180M

CPD-1800 CPL-180M CRA-180M
CRH1801 CRO-180M CRP-1801
CRP-1801/DM CRP-1801D CRS 1803
CRS-180L CSL-180L CSS-1801M
CSS-180L CST-180M CTR-180L
CW-1800 LCD1802 LCD18021B
LCD18022B LCD1802M LCS-180
LDD-1802 LDD-1802PB LDD1801PB
LDD1802PB LFP-1802S LRS-180
OBL-1801 OCS-1840 OGS-1820
OHT 1855R OHT-1850 OLT-1830
OPS-1820 ORS-1801 OWD-1801M
P200 P2000 P2002 P210 P2100 P2102
P201 P203 P204 P206 P2060 P208B
P2105 P211 P220 P221 P230 P234G
P236 P236A P240 P2400 P241 P246
P250 P2500 P2600 P2603 P271 P300
P301 P310 P3200 P3300 P3310 P340
P400 P410 P420 P430 P500 P501
P506 P510 P514 P520 P521 P522
P530 P540 P570 P600 P610 P620
P631K P650 P700 P701G P703 P704

**Package Include**
1 x 18V 5.0Ah Battery for RYOBI BPL-1815 BPL-1820G BPL18151 BPL1820 battery

**Note:**
It's recommended that the battery should be fully charged and discharged 3 times after you receive the battery.
For transport safety our batteries are no

Sponsored

## Customer reviews

### 3.4 out of 5
38 global ratings

| | | |
|---|---|---|
| 5 star | | 54% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 0% |

**Customers say**

Customers have negative opinions about the battery's life and value for money. They mention it never worked and never held a charge thereafter.

AI-generated from the text of customer reviews

**Select to learn more**

⊖ Battery life  |  ⊖ Value for money

Top reviews

11/21/24, 10:07 AM     Amazon.com: EXACTFIT 18V 5.0Ah Lithium Replacement Battery for Ryobi one+ P104 P107 P103 P108 P122 P105 P109 OP4020 OP4026 BPL18151 18120 18 P102 P10…

Case 2:24-cv-13101-LJM-KGA   ECF No. 1, PageID.17   Filed 11/21/24   Page 17 of 21

1 star      38%

✓ How customer reviews and ratings work

---

## Review this product

Share your thoughts with other customers

<div style="border:1px solid; border-radius:20px; display:inline-block; padding:10px 40px;">Write a customer review</div>

## Top reviews from the United States

 Brandi

### The battery lasts quite a while before having to recharge

Reviewed in the United States on August 11, 2021

**Verified Purchase**

I liked the length of time the battery stays charged.

One person found this helpful

Helpful     Report

 HCB

### Defective

Reviewed in the United States on August 21, 2022

**Verified Purchase**

When I went to charge the second time it showed defective on charger. A waste of money this is the second time I have purchased off brand battery and found it being defective. I suggest buying replacement battery from brand of tool

Helpful     Report

 Bruce Evans

### Battery is as advertised and functions properly

Reviewed in the United States on July 23, 2021

**Verified Purchase**

Battery is as advertised and functions properly

One person found this helpful

Helpful     Report

 Chareese Taylor

### Worked Once

Reviewed in the United States on April 24, 2022

**Verified Purchase**

Battery charged and worked once! Battery will not charge or hold the little bit of charge that is may get. Wasted money. If I could return it now I would.

One person found this helpful

Helpful     Report

David F Nicoll

### Doesn't last long.

Reviewed in the United States on April 24, 2022

**Verified Purchase**

Bought in May, 2021 and used it in a Ryobi trimmer for the whole season. Mowed my lawn last weekend and went to use the trimmer with this battery but it won't charge.

One person found this helpful

11/21/24, 10:07 AM
Amazon.com: ... Ah Lithium Replacement Battery for RYOBI ... 18125 BPL18151 18120 18 P102 P10...

Case 2:24-cv-13101-LJM-KGA   ECF No. 1-1 PageID.18   Filed 11/21/24   Page 18 of 21

Helpful        Report

**Janet Drennen**

**Do not buy**

Reviewed in the United States on December 23, 2021

Verified Purchase

This battery is a piece of junk! It will not take a charge and I am using a Ryobi one + charger to try and charge it. Save your money and DO NOT waste it on this junk.

2 people found this helpful

Helpful        Report

**Scott Tozer**

**Looks are deceiving. Worked ONCE, with drill**

Reviewed in the United States on August 13, 2021

Verified Purchase

Looks are deceiving. Worked ONCE, with drill. Needed a re-charge after an hour on a rotary saw. Never held a charge thereafter. I'd spring for the "Made by Ryobi" if i could to go back and order again.

2 people found this helpful

Helpful        Report

**Amazon Customer**

**Battery never worked after ordering 2 of them.**

Reviewed in the United States on May 9, 2022

Verified Purchase

Poor poor product returned first battery for replacement battery it didn't work either

One person found this helpful

Helpful        Report

**See more reviews ›**

Sponsored

**Related to items you've viewed** See more

Page 1 of 6















**Ryobi P108 18V High Capacity Lithium Ion Battery**
46
200+ viewed in past month
$71.00
FREE Shipping

**POWTREE 7.0Ah 18V 2Pack Replacement for Ryobi 18V Battery ONE+ Plus Li-ion P108 P102…**
54
Black Friday Deal
$43.19
$51.99
Get it as soon as **Tuesday, Nov 26**
FREE Shipping by Amazon

**Ryobi PBP005 ONE+ 18V Lithium-Ion 4.0 Ah Battery**
4,926
9K+ viewed in past month
$45.55
Get it as soon as **Tuesday, Nov 26**
FREE Shipping by Amazon

**Fancy Buying Upgrade 18V 6.0Ah P108 Battery Replacement for Ryobi 18 Volt Battery Lithium…**
1,039
2K+ viewed in past month
$49.68
Get it as soon as **Tuesday, Nov 26**
FREE Shipping by Amazon

**RYOBI 18-Volt ONE+ Lithium-Ion 4.0 Ah High Capacity Battery (2-Pack)**
2,490
2K+ viewed in past month
$98.00 ($49.00/Count)
Get it as soon as **Tuesday, Nov 26**
FREE Shipping by Amazon

**Ryobi PBP2005 ONE+ (Plus) Battery 18-Volt Lithium-Ion 4.0 Ah Compatible with Over 225 18V ONE+ Tools (2-Pack)**
718
18 offers from $59.99

**TREE.NB 18V 6.0AH Li ion Battery Replaceme for RYOBI One+ RB18I RB18L50 P108 P107 P104 P780   (2 Pack)**
176
$52.98 ($26.49/Count)
Get it as soon as **Tuesday, Nov 26**
FREE Shipping by Amazon

## Customers who viewed items in your browsing history also viewed















**RYOBI ONE+ 18V HIGH Performance Lithium-Ion Compact Battery PBP003**
635
1K+ viewed in past month
$36.55
Get it as soon as **Tuesday, Nov 26**
FREE Shipping by Amazon

**Futurebatt [2Pack] 18V 6.0 Ah HIGH Capacity Battery for Ryobi ONE+…**
893
1K+ viewed in past month
Black Friday Deal
$44.71
$56.79
Get it as soon as **Tuesday, Nov 26**
FREE Shipping by Amazon

**BiBiSi 2 Pack 7.0Ah 18V Replacement Battery for Ryobi 18V Battery,…**
84
50+ viewed in past month
Amazon's Choice in
Cordless Tool Battery Packs
$53.99 ($27.00/Count)
Get it as soon as **Wednesday, Nov 27**
FREE Shipping by Amazon

**JGSPJ 4.0Ah Battery Replacement for Ryobi 18V ONE+ Battery P102 P103 P104 P105 P107 18Volt Lithium Battery…**
53
$39.90 ($19.95/Count)
Get it as soon as **Tuesday, Nov 26**
FREE Shipping by Amazon

**DV8DKV7 2-Pack 5.0Ah 18V Replacement Batteries for Makita 18…**
263
800+ viewed in past month
Black Friday Deal
$48.49 ($24.25/Count)
$57.99
Get it as soon as **Tuesday, Nov 26**
FREE Shipping by Amazon

**Fancy Buying BL1830 BL1840 Replacement 18V 6000mAh Battery for Makita 18V LXT Lithiu…**
219
200+ viewed in past month
$29.69
Get it as soon as **Tuesday, Nov 26**
FREE Shipping on orders over $35 shipped by Amazon

**[1Pack] 6.0 AH! High Capacity 18V Replacement Battery f Ryobi P102 P103 P104…**
893
Black Friday Deal
$24.71
$30.89
Get it as soon as **Tuesday, Nov 26**
FREE Shipping on orders o $35 shipped by Amazon

# See personalized recommendations

**Sign in**

New customer? Start here.

11/21/24, 10:07 AM

Amazon.com: GXEACT 2 PACK 18.0 Ah Lithium Replacement Battery for RYOBI ONE+ 18V Battery 0.31Lb P104 P107 P108 L18 150 BPL 1820 BPL 182 0 P108 2 0g 0P142 18125 BPL18151 18120 18 P102 P10…

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | |

Real-Time
Crime
& Safety
Alerts

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates