**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PATRICK RYAN, VERONICA RYAN,
JOSEPH RYAN AND KAITLYN WIST,
Individually and as Next Friend for
E.W., A.L.W and A.P.R.,

Plaintiffs,

vs.

JUDGE LAURIE J. MICHELSON
Case No. 24-cv-13101

HUNAN MAX NEW ENERGY CO., LTD,
EXXACT PARTS SOLUTIONS, INC.,
AND AMAZON.COM INC.,

Defendants.

---

**ORDER**

THIS CAUSE coming to be heard on Defendant Exxact Parts Solutions, Inc.'s Motion for a Second Extension of Time to File its Responsive Pleading to Plaintiffs' Complaint, the parties being duly noticed, and the Court having considered the matter, it is hereby ordered that the motion is GRANTED. Exxact Parts Solutions, Inc. shall file its responsive pleading on or before August 24, 2026.

ENTERED:

Dated: August 11, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Prepared by:
Jonathan L. Schwartz (P87043)
Freeman Mathis & Gary, LLP
33 N. Dearborn Street, Suite 1400
Chicago, IL 60602
Tel: (773) 389-6440
Jonathan.Schwartz@fmglaw.com
**Counsel for Exxact Parts Solutions, Inc. and Amazon.com, Inc.**